UGP Acupuncture, P.C. v GEICO Ins. Co. (2022 NY Slip Op 50612(U))

[*1]

UGP Acupuncture, P.C. v GEICO Ins. Co.

2022 NY Slip Op 50612(U) [75 Misc 3d 142(A)]

Decided on June 17, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 17, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, WAVNY
TOUSSAINT, JJ

2021-169 K C

UGP Acupuncture, P.C., as Assignee of
Lyons, Nadine, Appellant, 
against
GEICO Ins. Co., Respondent. 

The Rybak Firm, PLLC (Damin J. Toell and Richard Rozhik of counsel), for appellant.
Law Office of Goldstein, Flecker & Hopkins (Lawrence J. Chanice of counsel), for
respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Odessa
Kennedy, J.), dated March 12, 2021. The order, insofar as appealed from and as limited by the
brief, granted the branch of defendant's motion seeking summary judgment dismissing so much
of the complaint as sought to recover on plaintiff's claims for services billed using CPT codes
97810 and 97811, and denied the branch of plaintiff's cross motion seeking summary
judgment.

ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals
from so much of an order of the Civil Court as granted the branch of defendant's motion seeking
summary judgment dismissing so much of the complaint as sought to recover on plaintiff's
claims for services billed using CPT codes 97810 and 97811 on the ground that defendant had
paid these claims in accordance with the workers' compensation fee schedule for acupuncture
services performed by chiropractors, and denied the branch of plaintiff's cross motion seeking
summary judgment.
For the reasons stated in Mind & Body Acupuncture, P.C., as Assignee of Wilson,
Bernadette v State Farm Mut. Auto. Ins. Co. (— Misc 3d —, 2022 NY Slip Op
— [appeal No. 2019-1418 K C], decided herewith), the order, insofar as appealed from, is
affirmed.
ALIOTTA, P.J., WESTON and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 17, 2022